# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 20, 2016

## NO. 03-16-00119-CR

**Benjamin Bustos, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 147TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order to withdraw funds signed by the district court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.